IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**UNITED STATES OF AMERICA**                                                                                   **PLAINTIFF**

**V.**                                         **CASE NO. 2:14-CR-20023**

**PHILIP ROBERTS**                                                                                             **DEFENDANT**

## ORDER

A change of plea hearing was held in this matter on June 22, 2015, at which time Defendant Philip Roberts entered a plea of guilty to Count One of the Indictment (Doc. 1). The "Maximum Penalties" section of the parties' Plea Agreement contemplated a maximum fine of $250,000.00. (Doc. 35, ¶ 8(b)). During the change of plea hearing, the Court expressed its opinion that the maximum fine was actually $5,000.00 as provided in the statute setting forth the instant offense. See 26 U.S.C. § 7212(a). However, after having further researched and considered the matter, the Court is now of the opinion that its prior determination was erroneous, and that the Plea Agreement correctly identifies the maximum fine as $250,000.00. Under 18 U.S.C. § 3571(b), (e), when a statute setting forth a felony offense specifies a maximum fine that is lower than $250,000.00, the lower maximum fine does not control unless the offense is exempted from applicability of the $250,000.00 maximum "by specific reference" to 18 U.S.C. § 3571. No such "specific reference" to 18 U.S.C. § 3571 exists in the language of 26 U.S.C. § 7212(a). Accordingly, the Court finds that the statutory maximum fine that may be imposed for a felony violation of 26 U.S.C. § 7212(a) is $250,000.00. See, e.g., United States v. Pyatt, 725 F. Supp. 885, 886-87 & n.2 (E.D. Va. 1989).

Counsel for Mr. Roberts is instructed to inform Mr. Roberts of the Court's finding in this Order, and to discuss with Mr. Roberts its implications for the sentencing phase in this case. If Mr. Roberts wishes to withdraw his guilty plea and believes that this Order provides him a legal basis for withdrawing his guilty plea, then he may file a motion with this Court requesting such relief by no later than July 2, 2015.

**IT IS SO ORDERED** on this 22nd day of June, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE